| | |
|---|---|
| **From:** | Jessica Hardy |
| **To:** | Michael Pircio |
| **Cc:** | Brian F. Kampman |
| **Subject:** | Rescindment of Severance Agreement |
| **Date:** | Thursday, August 20, 2020 3:14:09 PM |

Michael,

This note is to inform you that, effective immediately, your severance agreement with Clearsulting LLC is rescinded.

After performing an internal review of activity by a terminated employee, we found that 57 unique files, unrelated to your direct work duties and responsibilities were downloaded by you from a Clearsulting file storage site on July 30, 2020, after notice of your immediate termination was conveyed to you orally and in writing.  These unique files included client financial files and documents.

The transfer and/or retention of these files to any personal storage location or external source other than Clearsulting LLC would be, in our view, not only a breach of the Employment Agreement you signed on February 28, 2020 but also a violation of Ohio and federal law.  As described in the Notice of Termination sent to you on July 30, 2020, any confidential information of Clearsulting and clients are proprietary and may not be used by you in any way, per the Employment Agreement.

You are directed to notify us immediately (no later than 12:00 pm EDT on August 21, 2020) whether you transferred and/or are in retention of any Clearsulting or client files, and subsequently delete any confidential information or data that you possess or control.

Clearsulting's investigation into this incident is on-going and Clearsulting's rights and remedies are hereby reserved.

**Jessica Hardy**
Mobile: 330-612-5114
Email: jessica.hardy@clearsulting.com
Site: www.clearsulting.com



**CONFIDENTIALITY NOTICE:**
The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please notify the sender and immediately and permanently delete this message and any attachments from any computer. Clearsulting does not opine on financial statements or provide tax advice for any jurisdiction.