

**Sanford**
**Heisler**
**Sharp,** LLP

**Sanford Heisler Sharp, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5200
Fax: (202) 499-5199
www.sanfordheisler.com

*H. Vincent McKnight Jr.,* DC Managing Partner
(202) 499-5211
vmcknight@sanfordheisler.com

New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

August 21, 2020

**VIA EMAIL**
Jessica Hardy
Clearsulting
jessica.hardy@clearsulting.com

    **Re:    Michael Pircio**

Dear Ms. Hardy:

    Please be advised that my firm represents Michael Pircio, and I kindly ask that you direct any future correspondence to Mr. Pircio to me.

    In response to your email to Mr. Pircio dated August 20, 2020, Mr. Pircio is indeed in possession of a number of Clearsulting documents that potentially show a violation of law.

    Mr. Pircio has shared these documents with his counsel; we in turn have shared these documents with a government agency. As reflected in the terms of the employment agreement signed by Mr. Pircio, he is not prohibited from sharing confidential information with an attorney or government official for purposes of reporting or investigating a suspected violation of law. Indeed, any restrictive covenant that prohibits sharing information and/or documentation with federal law enforcement agencies would be unenforceable under federal law, as it undermines and counteracts the investigative capacities of the government.

    Mr. Pircio has not shared any company information or documents with anyone other than his counsel and, through his counsel, with government officials. Please bear in mind that, in light of these protected activities, Mr. Pircio is protected against any retaliatory conduct by Clearsulting and its employees under federal whistleblower laws.

    Please do not hesitate to contact me if you have any questions. I can be reached at (202) 499-5211 or vmcknight@sanfordheisler.com.

            Sincerely,

            Vince McKnight