IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FIRSTENERGY CORP., | ) | CASE NO.: CASENUMBER |
| | ) | |
| and | ) | JUDGE: JUDGENAME |
| | ) | |
| CLEARSULTING LLC, | ) | |
| | ) | |
| PLAINTIFFS, | ) | **[PROPOSED] TEMPORARY** |
| vs. | ) | **RESTRAINING ORDER** |
| | ) | |
| MICHAEL PIRCIO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court on Plaintiffs' Motion for Temporary Restraining Order. Having considered Plaintiffs' Motion, the Memorandum in Support, together with the Affidavit and Declaration submitted by Plaintiffs, this Court finds that Plaintiffs have demonstrated a substantial likelihood of prevailing on the merits of their claims and that Plaintiffs will suffer immediate, substantial, and irreparable harm if Defendant is not temporarily restrained from any use or further external disclosure of FirstEnergy's information. Plaintiffs aver that on August 25, 2020, their investigation confirmed that Defendant Michael Pircio accessed Clearsulting's computers, without authorization or permission, and that he downloaded copies of FirstEnergy's proprietary and confidential information which included, without limitation, internal control processes, payment procedures, and sensitive employee and vendor information. This Court finds that if a temporary order is not issued, Plaintiffs will suffer irreparable harm through loss of their goodwill, loss of value of FirstEnergy's confidential information and trade secrets, and loss of reputation in their respective industries.

13752555 v3

For the foregoing reasons and additional good cause shown by Plaintiff, this Court hereby **GRANTS** Plaintiffs' Motion for Temporary Restraining and **ORDERS**, on this ___ day of September at _____ a.m./p.m., that until further Order of this Court:

1. Defendant Michael Pircio is temporarily enjoined from using, disclosing, or misappropriating any of Plaintiffs' proprietary and confidential information and trade secrets;

2. Defendant Michael Pircio shall relinquish and return to FirstEnergy all copies of Plaintiffs' proprietary and confidential information and trade secrets currently in his possession.

This Order shall expire fourteen (14) days after time of entry.  A hearing on Plaintiffs' Motion for Preliminary Injunction in this matter is set for _____, 2020 at _____.

It is further ORDERED that this Temporary Restraining Order shall become effective upon Plaintiffs' posting a bond, or depositing with the Court security, in the amount of $_____.

**IT IS SO ORDERED.**


Date: _____       _____
                                                                                    JUDGE