# EXHIBIT A



**Sanford Heisler Sharp, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5200
Fax: (202) 499-5199
www.sanfordheisler.com

*H. Vincent McKnight Jr.,* DC Managing Partner
(202) 499-5211
vmcknight@sanfordheisler.com

New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

September 2, 2020

**VIA ELECTRONIC MAIL**
John N. Dagon, Esq.
Benesch Friedlander Coplan & Aronoff LLP
jdagon@beneschlaw.com

Re: FirstEnergy Corp. et al. v. Michael Pircio - N.D. Ohio Case No. 1-20-01966

Dear Mr. Dagon,

We write you in response to FirstEnergy Corp.'s ("FirstEnergy") and Clearsulting LLC's ("Clearsulting") filing of a Complaint and Motion for Temporary Restraining Order and Preliminary Injunction against Michael Pircio on September 1, 2020.

As you know, we only received notice of the filing last night and were not representing Mr. Pircio in connection with this lawsuit. At this time, we do not intend to represent him in the above-captioned matter. Accordingly, Mr. Pircio will need time to find counsel. In the meantime, however, we are willing to participate in a telephone conference with the Court for the limited purpose of discussing logistics on how best to proceed under the circumstances.

As we explained in a letter on August 21, 2020 addressed to Clearsulting that you received, Mr. Pircio has shared a number of Clearsulting documents that potentially show a violation of law with his counsel, and we in turn have shared these documents with a government agency.

On August 7, 2020, we submitted information to the Securities and Exchange Commission ("SEC") concerning FirstEnergy and Clearsulting. Since then we have been in communication with Brian D. Fagel, Assistant Director of the Public Finance Abuse Unit, and we intend to continue cooperating with the SEC in its investigation. Mr. Fagel's contact information is below:

Brian D. Fagel
Email: fagelb@sec.gov
Phone: (312) 886-0843

In the August 21, 2020 letter, we also advised you that Mr. Pircio has not shared any company information or documents with anyone other than his counsel and, through his counsel, with government officials. On September 2, 2020, we confirmed in an email to you that neither we nor Mr. Pircio will disclose the documents to anyone other than the government agency that is investigating this matter. And I want to take this opportunity to reiterate that neither we nor Mr. Pircio will disclose the documents or information with anyone other than the SEC. Your client is in no danger, imminent or otherwise, that any trade secrets or other proprietary information or documentation will be shared with any competitors, or anyone other

John N. Dagon, Esq.
September 2, 2020
Page 2 of 2

than the SEC.

    Nathan H. Boninger, the Law Clerk to District District Judge Pamela A. Barker, contacted us regarding a conference call to discuss scheduling with counsel for all parties. A partner at our firm, Kevin Sharp, will join the telephone conference. We are available to speak later this afternoon or on Friday, September 4, 2020. Please let us know what times work for you and we can contact Mr. Boninger to schedule the conference.

    Please do not hesitate to contact me if you have any questions.

                            Sincerely,

                            Vince McKnight

cc:    Kevin Sharp, Esq.
        Sanford Heisler Sharp, LLP
        ksharp@sanfordheisler.com

        Gregory J. Phillips, Esq.
        Benesch Friedlander Coplan & Aronoff LLP
        GPhillips@beneschlaw.com

        Addisah Sherwood
        Benesch Friedlander Coplan & Aronoff LLP
        ASherwood@beneschlaw.com

        Stephen M. Bales, Esq.
        Ziegler Metzger LLP
        sbales@zieglermetzger.com

        Brian F. Kampman
        Ziegler Metzger LLP
        bkampman@zieglermetzger.com