UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FIRSTENERGY CORP., *et al.*, | ) | Case No. 1:20-cv-1966 |
| | ) | |
| Plaintiffs and | ) | Judge J. Philip Calabrese |
| Counterclaim Defendants, | ) | |
| | ) | Magistrate Judge |
| v. | ) | Jonathan D. Greenberg |
| | ) | |
| MICHAEL PIRCIO, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| | ) | |

## ORDER TO SHOW CAUSE

Pursuant to Rule 11(c)(3) of the Federal Rules of Civil Procedure, the Court

orders Plaintiffs FirstEnergy Corp. and Clearsulting LLC to show cause why they

have not violated Rule 11(b) or should not otherwise be sanctioned under the Court's

inherent authority.  Specifically, the Court requests an explanation of how the filing

of two documents on the public docket complies with Rule 11(b)(1) and (3) and what

proper purpose these public filings serve.  The documents are correspondence from

Mr. Pircio's counsel to Plaintiffs filed at ECF Nos. 10-1 and 1-3 and had the effect of

publicly identifying Mr. Pircio as a whistleblower.

The Court orders FirstEnergy and Clearsulting to file separate briefs within

fourteen (14) days of the date of this order responding to the Court's inquiry and

identifying by name and title the person who authorized the filing of each document

identified above for FirstEnergy and Clearsulting, respectively, whether that person

is outside counsel, in-house counsel, or a non-lawyer.  Within fourteen (14) days of

1

the date of these submissions, counsel for Mr. Pircio may respond to the submissions

of FirstEnergy and Clearsulting if they so desire, but they are not obligated to do so.

      **SO ORDERED.**

Dated:  March 8, 2021

 

 

_____
          J. Philip Calabrese
          United States District Judge
          Northern District of Ohio