# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **FIRSTENERGY CORP.**, *et al.*, | Case No. 1:20-cv-01966-JPCV |
| Plaintiffs/Counterclaim Defendants, | Judge J. Philip Calabrese |
| v. | |
| **MICHAEL PIRCIO**, | |
| Defendant/Counterclaimant. | |

## DECLARATION OF MICHAEL PIRCIO

I, Michael Pircio, under penalty of perjury, provide this declaration pursuant to 28 U.S.C. §1746 and hereby state and depose as follows:

1. I am a natural person residing in Cuyahoga County, Ohio.

2. I am the defendant in *FirstEnergy Corp v. Pircio.*, pending in the United States District Court for the Northern District of Ohio, Case No. 1:20-cv-01966-JPCV (the "Lawsuit").

3. Before the Lawsuit was filed, my attorney informed Plaintiff Clearsulting in writing by letter dated August 21, 2020, that I was a whistleblower who was engaged in protected activity under my employment contract and federal law.

4. Plaintiffs filed the Lawsuit against me *after* they became aware that I reported wrongdoing to a federal law enforcement agency and *after* my legal counsel informed Plaintiff Clearsulting of my status as a whistleblower.

5. The fact that I was a whistleblower was not public knowledge until Plaintiffs filed the Lawsuit and attached as an exhibit to the Complaint the letter from my attorney to Plaintiff Clearsulting stating that I was a whistleblower.

1

6. As a consequence of the Lawsuit, it has been necessary for me to hire additional legal counsel to defend this case.

7. The Lawsuit and the public disclosure of my status as a whistleblower has made it difficult for me to obtain employment, and I have been informed by prospective employers that they are not willing to hire me because of the allegations in the lawsuit.

I declare under penalty of perjury under the laws of the United States and the State of Ohio that the foregoing is true and correct.

Executed on April 5, 2021 in Cuyahoga County, Ohio.

_____
Michael Pirclo